UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RICHARD M. POWELL, et al., | ] |
| Plaintiffs, | ] |
| vs. | ]   2:13-cv-0055-LSC |
| L. STEPHEN WRIGHT, et al., | ] |
| Defendants. | ] |

ORDER

The Court has before it Defendants' motions to dismiss (Docs. 34, 35, 37, 38, 40, 41, 44, 45, 46, 47, and 48), and Plaintiffs' responses in opposition (Docs. 49, 50, 51, 52, 53, and 54). During the telephone conference conducted by the Court on March 26, 2013, Defendants stated that they wished to reply in support of their motions to dismiss, after Plaintiffs filed their responses. Defendants shall have fourteen (14) days from the date of this Order in which to file reply briefs in support of their motions to dismiss. The Court will then take the motions under submission without further notice to the parties.

Done this 9th day of April 2013.

                                          /s/ L. Scott Coogler
_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
[160704]